ACCEPTED
15-24-00130-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 3:39 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00130-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 3:39:31 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
for the Fifteenth District of Texas

*In re* **Energy Transfer LP and ETC Texas Pipeline, Ltd.,**

Original proceeding arising from the
First Business Court Division,
Dallas County, Texas, No. 24-BC01B-0005

**Joint Motion to Dismiss**

TO THE HONORABLE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS:

The parties to this case file this Joint Motion to Dismiss and respectfully show as follows:

1. The parties have now settled all matters in controversy in this case.

2. Therefore, the parties jointly request that this Court, pursuant to the parties' settlement agreement, render judgment dismissing this proceeding with prejudice and further order and that each party bear its own costs.

WHEREFORE, the parties respectfully request that the Court grant this motion and dismiss this action as requested herein.

Respectfully submitted,

/s/ *David S. Coale*

Michael P. Lynn
mlynn@lynnllp.com
State Bar No. 12738500
David S. Coale
dcoale@lynnllp.com
State Bar No. 00787255
Andres Correa
acorrea@lynnllp.com
State Bar No. 24076330
Kyle Gardner
kgardner@lynnllp.com
State Bar No. 24116412
**Lynn Pinker Hurst & Schwegmann, LLP**
2100 Ross Avenue
Suite 2700
Dallas, TX 75201
Telephone - (214) 981-3800
Facsimile -  (214) 981-3839

**Attorneys for Relators**

/s/ *Stephen F. Malouf*

Stephen F. Malouf
Texas Bar No. 12888100
Jonathan Nockels
Texas Bar No. 24056047
jnockels@smalouf.com
Sarah Shulkin
Texas Bar No. 24057720
sshulkin@smalouf.com
**Malouf & Nockels LLP**

/s/ *Joel W. Reese*

Joel W. Reese
Texas State Bar No. 00788258
joel.reese@rm-firm.com

**Reese Marketos LLP**
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

**Attorney for Culberson Midstream Equity, LLC, and Moontower Resources Gathering, LLC**

4305 W. Lovers Lane
Dallas, Texas 75209
214-969-7373 (Telephone)
214-969-7648 (Facsimile)

**Attorneys for Culberson
Midstream, LLC**

**Certificate of Service**

The undersigned certifies that a copy of the foregoing has been served upon counsel of record via E-File Texas on January 23, 2025.

/s/ *David S. Coale*
David S. Coale

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Coale on behalf of David Coale
Bar No. 787255
dcoale@lynnllp.com
Envelope ID: 96539209
Filing Code Description: Motion
Filing Description: 2025-01-23 Agreed Joint Motion to Dismiss
Status as of 1/23/2025 3:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David S.Coale | | dcoale@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |
| Michael P.Lynn | | mlynn@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |
| Andres Correa | | acorrea@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |
| Kay Ridenour | | kridenour@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |
| Joel Reese | 788258 | joel.reese@rgmfirm.com | 1/23/2025 3:39:31 PM | SENT |
| Tyler Bexley | 24073923 | tyler.bexley@rm-firm.com | 1/23/2025 3:39:31 PM | SENT |
| Hon. Bill Whitehill | | bcdivision1b@txcourts.gov | 1/23/2025 3:39:31 PM | SENT |
| Lisa Mewbourn | | lmewbourn@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |
| Ronni Bracken | | rbracken@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |
| Julie Archuleta | | jarchuleta@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 1/23/2025 3:39:31 PM | SENT |